UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PARADISE MORGAN,<br><br>　　　　Plaintiff,<br><br>– against –<br><br>LULULEMON ATHLETICA INC.,<br><br>　　　　Defendant. | 23CV434 (VSB)<br><br>**DEFENDANT'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Defendant's Motion to Dismiss, the Local Rules for the United States District Court for the Southern District of New York, and the Individual Practice Rules of this Court, Defendant lululemon athletica inc. hereby moves for an Order dismissing all claims for relief set forth in the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Defendant's Motion is based on the accompanying Memorandum of Law, all files, records and proceedings therein, the oral arguments of counsel, and upon any other information that may be required by the Court.

Respectfully submitted this 5th day of May, 2023.

**SQUIRE PATTON BOGGS (US) LLP**

By: /s/ Katharine J. Liao
　　/s/ Lauren A. Herz-DerKrikorian
Katharine J. Liao
Lauren A. Herz-DerKrikorian
1211 Ave. of the Americas, 26th Floor
New York, NY 10036
Telephone: 212-872-9804
Facsimile: 212-872-9815
katharine.liao@squirepb.com
lauren.herz@squirepb.com

*Attorneys for Defendant
lululemon athletica inc.*