**SHAKED LAW GROUP**
ATTORNEYS-AT-LAW
14 HARWOOD COURT,
SCARSDALE, NEW YORK

TEL. (917) 373-9128
ShakedLawGroup@Gmail.com

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  6/7/2023
>
> All deadlines in this matter are adjourned pending the resolution of Defendant's motion to dismiss.

June 6, 2023

<u>Via ECF</u>
Honorable Vernon S. Broderick
Judge, United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Paradise Morgan v. Lululemon Athletica Inc.**
      **1:23-cv-434-VSB**

Dear Judge Broderick,

 We represent Plaintiff, Paradise Morgan, in the above-referenced action. Pursuant to Your Honor's Individual Rules & Practices, we write with the consent of counsel for Defendant, lululemon athletica inc. ("lululemon") to request an adjournment for the parties to jointly submit a proposed case management plan and scheduling order (the "CMP") while lululemon's motion to dismiss is pending before this Court. The deadline to file the CMP is June 6, 2023. While the parties did file the requisite Joint Letter, the parties hereby jointly agree and respectfully request that this Court adjourn all further actions in this matter including the CMP, to permit the resolution of lululemon's motion to dismiss currently pending before the Court.

 lululemon's motion to dismiss was fully submitted to the Court on May 26, 2023 [Docket # 16], and disposition of the motion will determine the scope of discovery in this matter, if discovery is needed at all. Counsel for Plaintiff, on behalf of all parties, respectfully submit that adjournment of the CMP until after lululemon's motion to dismiss is decided would preserve both the parties' and the Court's resources.

 We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/Dan Shaked*
Dan Shaked

cc: All Counsel of Record (via ECF)