**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
PARADISE MORGAN,

                      Plaintiff,

    -against-                                     23 **CIVIL** 434 (VSB)

## JUDGMENT

LULULEMON ATHLETICA INC.,

                      Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 18, 2025, Defendant's May 5, 2023 motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     November 19, 2025

                                                  **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                 **BY:**      *K. Mango*

                                                    **Deputy Clerk**